**FILED**

SEP 0 9 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br>ERWIN INIGUEZ-GONZALEZ,<br>　　　　Defendant. | Case No.: 16CR1957-W<br><br>ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE |

　　Upon the motion of the United States, and good cause appearing,

　　IT IS HEREBY ORDERED that the United States' motion is granted and the Indictment in this matter is hereby dismissed without prejudice.

　　SO ORDERED.

　　DATED: September 9, 2016.

　　　　　　　　　　　　　　　　　　　　HON. THOMAS J. WHELAN
　　　　　　　　　　　　　　　　　　　　United States District Judge

1